IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JOSE CIFUENTES DE LEON,<br><br>                Defendant. | No. CR 10-0169 MMC<br><br>[~~PROPOSED~~] STIPULATED ORDER CONTINUING SENTENCING |

      The defendant Jose Cifuentes de Leon entered a guilty plea before the Court on May 12, 2010. At that hearing AFPD Steven Kalar, counsel for the defendant, incorrectly characterized the plea agreement as a "fast-track" disposition and asked that sentencing be set on the short fast-track time-frame, with a criminal-history only presentence report returned before a sentencing hearing on June 16, 2010.

      Defense counsel was incorrect: while this is an agreement under Federal Rule of Criminal Procedure 11(c)(1)(C), it is not a "fast-track" disposition. Therefore, to give the Office of Probation adequate time to complete a full presentence report, defense counsel has requested that the sentencing hearing be reset to Wednesday, July 21, 2010 at 2:30 pm.

      The government has no objection to this request.

//

//

*U.S. v. Cifuentes de Leon*, CR 10-0169 MMC
ORD. CONT. SENT.

1  Therefore, for good cause shown the sentencing hearing now scheduled for June 16,
2  2010 is vacated. The matter shall be added to the Court's calendar for Wednesday, July 21,
3  2010 at 2:30 pm for sentencing. Defense counsel shall notify the Office of Probation of the
4  new sentencing date.

6  IT IS SO ORDERED.

8  May 17, 2010
   DATED                              MAXINE M. CHESNEY
9                                     United States District Court Judge

11 IT IS SO STIPULATED.

13 May 14, 2010                        /s
   DATED                              JOSEPH P. RUSSONIELLO
14                                    United States Attorney
15                                    Northern District of California
                                      CYNTHIA FREY
16                                    Assistant United States Attorney

19 May 14, 2010                        /s
   DATED                              BARRY J. PORTMAN
20                                    Federal Public Defender
21                                    Northern District of California
                                      STEVEN G. KALAR
22                                    Assistant Federal Public Defender